Brian E. Mitchell (SBN 190095)
brian.mitchell@mcolawoffices.com
Marcel F. De Armas (SBN 289282)
mdearmas@mcolawoffices.com
MITCHELL + COMPANY
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:     (415) 766-3515
Facsimile:     (415) 402-0058

Attorneys for Plaintiff INCASE DESIGNS, CORP.


Steven J. Nataupsky (SBN 155,913)
steven.nataupsky@knobbe.com
Sheila N. Swaroop (SBN 203,476)
sheila.swaroop@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone:  949-760-0404
Facsimile:  949-760-9502

Attorneys for Defendant, MOPHIE, INC.

IT IS SO ORDERED
Judge Edward J. Davila
8/6/2013

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INCASE DESIGNS, CORP.,<br><br>        Plaintiff,<br><br>    v.<br><br>MOPHIE, INC.<br><br>        Defendant. | ) Case No. 5:13-cv-03356-EJD<br>)<br>)<br>) **STIPULATION TO EXTEND TIME TO**<br>) **RESPOND TO COMPLAINT [CIVIL**<br>) **L.R. 6-1(a)]**<br>)<br>)<br>)<br>) |

CIVIL ACTION NO. 13-CV-03356-EJD
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1. WHEREAS, Defendant mophie, Inc. ("mophie") was served the Summons and Complaint in this action on July 24, 2013;

WHEREAS, mophie's response to Plaintiff Incase Designs, Corp.'s ("Incase")'s Complaint is currently due August 14, 2013;

WHEREAS, counsel for the parties have conferred and agreed that mophie may extend the time within which to answer or otherwise respond to Incase's Complaint by thirty (30) days;

IT IS HEREBY STIPULATED AND REQUESTED, by and between the parties hereto, through their respective counsel, as follows:

1. The time for mophie to answer or otherwise respond to Incase's Complaint be extended thirty (30) days, up to and including September 13, 2013.

SO STIPULATED this 5th day of August 2013.

Respectfully submitted,

MITCHELL + COMPANY

Date: August 5, 2013    By: /s/ Brian E. Mitchell
                            Brian E. Mitchell

Attorney for Plaintiff Incase Designs, Corp.

KNOBBE MARTENS OLSON & BEAR, LLP

Date: August 5, 2013    By: /s/ Sheila N. Swaroop
                            Sheila N. Swaroop

Attorney for Defendant mophie, Inc.

**ATTESTATION**

I, Sheila N. Swaroop, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Brian Mitchell has concurred in this filing.

Dated: August 5, 2013

By:   */s/ Sheila N. Swaroop*
      Sheila N. Swaroop

15941968