United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INCASE DESIGNS, CORP., | CASE NO. 5:13-cv-03356 EJD |
| Plaintiff(s), | **ORDER ADOPTING RECOMMENDATION; SUSPENDING DEADLINE FOR SERVICE OF INVALIDITY CONTENTIONS** |
| v. | |
| MOPHIE, INC., | |
| Defendant(s). | |

Having reviewed this action, the court hereby ADOPTS the Recommendation issued by Magistrate Judge Howard R. Lloyd on December 5, 2013. See Docket Item No. 33.

Accordingly, the deadline for service of Defendant's invalidity contentions is SUSPENDED pending resolution of the "Motion to Limit the Number of Asserted Claims and Strike Infringement Contentions."

**IT IS SO ORDERED.**

Dated: December 10, 2013

_____
EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-03356 EJD
ORDER ADOPTING RECOMMENDATION; SUSPENDING DEADLINE FOR SERVICE OF INVALIDITY
CONTENTIONS